UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 23-1043

DHANANJAY PATEL; SAFDAR HUSSAIN; VATSAL CHOKSHI; DHAVAL PATEL; NIRAL PATEL,

    Plaintiffs-Appellants,

*v.*

7-ELEVEN, INC.,

    Defendant/Third-Party Plaintiff-Appellee,

MARY CARRIGAN; ANDREW BROTHERS,

    Defendants,

DP MILK STREET INC.; DP JERSEY INC.; DP TREMONT STREET INC.; DPNEWTO1,

    Third-Party Defendants.

**UNOPPOSED MOTION OF THE COMMONWEALTH OF MASSACHUSETTS FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS *AMICUS CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the Commonwealth of Massachusetts, acting by and through its Attorney General, respectfully moves for leave to participate in oral argument as *amicus curiae* supporting Plaintiffs-Appellants Dhananjay Patel, *et al*. With Plaintiffs-Appellants' consent, the Commonwealth seeks to use one-third of the time allotted

to Plaintiffs-Appellants to present its views during the oral argument, currently scheduled for July 26, 2023, for the following reasons:

1. This case concerns the proper interpretation of Mass. Gen. L. ch. 149, § 148B(a), the so-called "Independent Contractor Law" (ICL), and specifically, the ICL's threshold inquiry of whether "an individual" is "performing any service" for the putative employer.

2. By statute, the Attorney General of Massachusetts is tasked with enforcing Chapter 149 of the Massachusetts General Laws, which includes the ICL. *See, e.g.*, Mass. Gen. L. ch. 149, §§ 2, 5. The Attorney General therefore has a special interest in, and responsibility for, ensuring that the will of the Massachusetts Legislature in enacting the ICL is carried out.

3. Because of the importance of the question presented in this case, the Commonwealth filed an *amicus curiae* brief in support of Plaintiffs-Appellants on March 28, 2023.

4. As explained in the Commonwealth's brief, the proper interpretation of the ICL's threshold inquiry is essential to ensuring that workers receive the full protection of the ICL as intended by the Legislature. The Commonwealth's brief argued that the District Court's interpretation of the ICL's threshold inquiry is not faithful to either the text of the statute or to the Massachusetts Supreme Judicial Court's decisions interpreting it, will significantly complicate the Attorney

General's enforcement of the ICL, will harm both workers and those employers that scrupulously adhere to the ICL, and is inconsistent with the ICL's broad remedial purpose.

5.  The Attorney General believes that oral argument on these and other points raised in the Commonwealth's brief may be of assistance to the Court.

6.  Counsel for the Commonwealth has conferred with Shannon Liss-Riordan, Esq., counsel for Plaintiffs-Appellants. Ms. Liss-Riordan has assented to the Commonwealth's motion. Ms. Liss-Riordan has also agreed to cede to the Commonwealth one-third of the time allotted for the Plaintiffs-Appellants to argue.

7.  Undersigned counsel for the Commonwealth also conferred with Matthew Iverson, Esq., counsel for Defendant-Appellee 7-Eleven, Inc. Mr. Iverson has informed the undersigned that 7-Eleven takes no position on the Commonwealth's motion.

WHEREFORE, the Commonwealth respectfully requests that this Court grant its motion for leave to participate in oral argument in this case as *amicus curiae*, and to allot one-third of Plaintiffs-Appellants' argument time to the Commonwealth.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS

```
/s/ David C. Kravitz
```
David C. Kravitz, 1st Cir. no. 41870
Deputy State Solicitor
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2427
david.kravitz@mass.gov

DATED: July 5, 2023

## Certificate of Service

I hereby certify that on July 5, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. Counsel of record for all parties are registered as ECF Filers and will therefore be served by the CM/ECF system.

```
                              /s/ David C. Kravitz
```
David C. Kravitz