

**DLA Piper LLP (US)**
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Norman M. Leon
norman.leon@us.dlapiper.com
T   312.368.2192
F   312.630.6322

September 23, 2024
V<small>IA</small> ECF

Maria R. Hamilton, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste 2500,
Boston, MA 02210

**Re:**   *Patel, et al v. 7-Eleven, Inc.*
         **Case No.: 23-1043**

Dear Clerk of the Court**:**

My firm, along with Matthew J. Iverson, Esq. from Nelson Mullins Riley & Scarborough LLP, represent Respondent, 7-Eleven Inc. in the above captioned appeal.  We write in response to the Order to Show Cause issued on September 13, 2024, which directed the parties to show cause why, in light of the Massachusetts Supreme Judicial Court's ("SJC") September 5, 2024 decision ("Decision") responding to this Court's certified question, "the judgment appealed from [below] should not be summarily affirmed."  Given the SJC's determination that the franchise relationship at issue here is a legitimate "business-to-business relationship," that the circumstances of the case "do not 'indicate that [the plaintiffs] are, in fact, employees' of 7-Eleven" and "thus do not satisfy the threshold determination" (Decision at 13-14, quoting *Depianti v. Jan–Pro Franchising Int'l, Inc.*, 465 Mass. 607, 620 (2013)), we respectfully submit that no such cause exists.  This Court should therefore affirm the Massachusetts District Court's decision granting summary judgment for 7-Eleven without delay.

We thank the Court for its time and consideration.


Respectfully submitted,

*lsl Norman M. Leon*

Norman M. Leon

NML:nml